1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| HECTOR SANTANA, | Case No. CV 23-9332 MWF (PVC) |
|---|---|
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FIDENCIO N. GUZMAN, Acting Warden,[1] | |
| Respondent. | |

17

18    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's

19 Motion to Dismiss, all the records and files herein, and the Report and Recommendation

20 of the United States Magistrate Judge.  The time for filing Objections to the Report and

21 Recommendation has passed and no Objections have been received.  Accordingly, the

22 Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

23

24

25

26

27

28

---

[1] Fidencio N. Guzman, Acting Warden at Centinela State Prison (CEN), where Petitioner is currently housed, is substituted for Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation, the Respondent named in the Petition.  *See* Fed. R. Civ. P. 25(d)

1    IT IS ORDERED that the Motion to Dismiss is granted, the Petition is denied, and

2  Judgment shall be entered dismissing this action without prejudice to the filing of a

3  renewed § 2254 Petition from a final state criminal judgment.

4

5    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

6  Judgment herein on counsel for Petitioner and on counsel for Respondent.

7

8    LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10  DATED:  November 4, 2024

11

12  _____

13  MICHAEL W. FITZGERALD
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28