UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SANTANA,<br><br>    Petitioner,<br><br>    v.<br><br>FIDENCIO N. GUZMAN, Acting Warden,[1]<br><br>    Respondent. | Case No. CV 23-9332 MWF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  November 4, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

---

[1] Fidencio N. Guzman, Acting Warden at Centinela State Prison (CEN), where Petitioner is currently housed, is substituted for Jeff Macomber, the Respondent named in the Petition.  *See* Fed. R. Civ. P. 25(d).